Howard E. King (77012)
hking@khpslaw.com
Henry D. Gradstein (89747)
hgradstein@khpslaw.com
Andres Monserrate (324991)
amonserrate@khpslaw.com
**KING, HOLMES, PATERNO & SORIANO, LLP**
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Telephone:  (310) 282-8989

Edwin F. McPherson (106084)
emcpherson@mcpherson-llp.com
Pierre B. Pine (211299)
ppine@mcpherson-llp.com
**McPHERSON LLP**
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Telephone:  (310) 553-8833

Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Kalpana D. Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Meng Xi (280099)
mxi@susmangodfrey.com
**SUSMAN GODFREY L.L.P**.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 789-3100

Attorneys for Plaintiffs
(Additional Counsel for Plaintiffs Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SOUNDGARDEN, a Partnership; TOM WHALLEY, as Trustee of the Afeni Shakur Trust; JANE PETTY; STEVE EARLE, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO. 2:19-cv-05449-JAK-JPR<br><br>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT**<br><br>**[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE JEAN P. ROSENBLUTH]**<br><br>Class Cert. Mot. Due:   Jan. 17, 2020<br>Fact Discovery Cutoff: Sept. 14, 2020<br>Pretrial Conference:    TBD<br>Trial Date:             TBD |

NOTICE OF MOTION TO COMPEL DISCOVERY

| | **Hearing:** |
|---|---|
| | Date: Nov. 14, 2019 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 690 |
| | Roybal Federal Building and United States Courthouse |
| | 255 E. Temple St. |
| | Los Angeles, CA 90012 |
| | Judge: Hon. Jean P. Rosenbluth |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on November 14, 2019 at 10:00 a.m., or as soon thereafter as this matter may be heard, at Courtroom 690 in the Roybal Federal Building and United States Courthouse, 225 E. Temple St., Los Angeles, CA 90012, Plaintiffs Soundgarden, a Partnership; Tom Whalley, as Trustee of the Afeni Shakur Trust; Jane Petty; and Steve Earle will and hereby do move to compel discovery from Defendant UMG Recordings, Inc. as set forth in the accompanying Joint Stipulation.

| | | |
|---|---|---|
| 1 | DATED:  October 24, 2019 | Howard E. King |
| 2 | | Henry D. Gradstein |
| | | Andres Monserrate |
| 3 | | KING, HOLMES, PATERNO & SORIANO, LLP |
| 4 | | Edwin F. McPherson |
| 5 | | Pierre B. Pine |
| | | McPHERSON LLP |
| 6 | | Steven G. Sklaver |
| 7 | | Kalpana D. Srinivasan |
| | | Meng Xi |
| 8 | | SUSMAN GODFREY L.L.P. |
| 9 | | Stephen E. Morrissey (187865) |
| | | SUSMAN GODFREY L.L.P. |
| 10 | | smorrissey@susmangodfrey.com |
| | | 1201 3rd Avenue, Suite 3800 |
| 11 | | Seattle, WA 98101 |
| | | Telephone: (206) 373-7380 |
| 12 | | Mark H. Hatch-Miller *(pro hac vice)* |
| 13 | | SUSMAN GODREY L.L.P. |
| | | mhatch-miller@susmangodfrey.com |
| 14 | | 1301 Avenue of the Americas, 32nd Floor |
| | | New York, New York 10019 |
| 15 | | Telephone: (212) 336-8330 |
| 16 | | By:  */s/ Mark Hatch-Miller* |
| 17 | | Attorneys for Plaintiffs |

# CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October, 2019, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

DATED:     October 24, 2019

By:   */s/ Mark Hatch-Miller*