UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19–5449-JAK (JPRx) | Date | November 14, 2019 |
|---|---|---|---|
| Title | Soundgarden, et al. v. UMG Recordings, Inc. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 11/14/19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Mark H. Hatch-Miller | Scott A. Edelman<br>Deborah L. Stein<br>Nathaniel L. Bach |

**Proceedings:**   (IN COURT): Plaintiffs' Motion to Compel Discovery from Defendant

   Case is called.  Counsel make their appearances. Court addresses parties. Argument heard.

   For the reasons stated on the record at the hearing, the Court GRANTS Plaintiff's motion to compel as to interrogatory 2 and requests for production 2, 4, 32, and 34 and DENIES it without prejudice as to RFP 1. No later than November 20, 2019, the parties must lodge a proposed stipulated protective order.  Defendant must produce its supplemental responses to interrogatory 2 and RFPs 2 and 4 no later than 10 days from when the Court files the protective order and 21 days from that date for RFPs 32 and 34.

   cc: Judge Kronstadt

|  | : | 50 |
|---|---|---|
| Initials of Preparer | | bm |