## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV19–5449-JAK (JPRx) | Date | December 12, 2019 |
|---|---|---|---|
| Title | Soundgarden, et al. v. UMG Recordings, Inc. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 12/1219 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Mark H. Hatch-Miller | Deborah L. Stein |

**Proceedings:**   (IN COURT): Plaintiffs' Second Motion to Compel Discovery From Defendant (held via telephonic)

Case is called. Counsel make their appearances. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing, the Court DENIES Plaintiffs' motion to compel a further response to interrogatory 3 as moot. The Court GRANTS the motion as to interrogatory 4 as follows: no later than 10 days from the date of the hearing, Defendant must provide Plaintiffs with a revised version of the "file" referred to at the hearing, winnowed down to eliminate all "lost assets" that are not "original music recordings." That is, it should not include lost assets like video recordings or artwork. The parties must then promptly meet and confer to address the other issues with the file raised by Plaintiffs at the hearing.

cc: Judge Kronstadt

| | : | 38 |
|---|---|---|
| | Initials of Preparer | bm |