UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUNDGARDEN, a Partnership; TOM WHALLEY, as Trustee of the Afeni Shakur Trust; JANE PETTY; STEVE EARLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:19−cv−05449 JAK (JPRx)<br><br>**ORDER RE STIPULATION RE: DEADLINES FOR SECOND AMENDED COMPLAINT AND CLASS CERTIFICATION MOTION (DKT. 69) / AMENDED SCHEDULING ORDER** |

Based on a review of the Stipulation re: Deadlines for Second Amended Complaint and Class Certification Motion (the "Stipulation" (Dkt. 69)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**. The Scheduling Order is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Last day to amend or add parties | December 20, 2019 | Vacated; provided, however, that a new date shall be set for 21 days |

1

|  |  |  | after the date on which a ruling issues on the pending Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (Dkt. 36) |
|---|---|---|---|
| Last day to file motion for class certification | January 17, 2020 |  | March 31, 2020 |
| Last day to file opposition to motion for class certification |  |  | April 21, 2020 |
| Last day to file reply in support of motion for class certification |  |  | May 5, 2020 |
| Hearing on motion for class certification |  |  | June 15, 2020 at 8:30 a.m. |
| Non-Expert Discovery Cut-Off | September 14, 2020 |  | September 14, 2020 |
| Initial Expert Disclosures | September 28, 2020 |  | September 28, 2020 |
| Rebuttal Expert Disclosures | October 19, 2020 |  | October 19, 2020 |
| Last day to participate in settlement conference / mediation | October 23, 2020 |  | October 23, 2020 |
| Last day to file notice of settlement / joint report re settlement | October 30, 2020 |  | October 30, 2020 |
| Post-Mediation Status Conference | November 9, 2020 at 11:30 a.m. |  | November 9, 2020 at 11:30 a.m. |
| Last Day to File All Motions (including discovery motions) | November 23, 2020 |  | November 23, 2020 |

As stated in the previous scheduling order, this schedule is without prejudice to a further review based on the outcome of the pending motion to dismiss. Dkt. 41. The Stipulation is granted without prejudice to either party or both parties seeking modifications of the scheduling order for good cause shown.

IT IS SO ORDERED.

Dated: January 2, 2020  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE