UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOUNDGARDEN, a Partnership; TOM WHALLEY, as Trustee of the Afeni Shakur Trust; JANE PETTY; STEVE EARLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:19-cv-05449-JAK-JPR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UMG RECORDINGS, INC.'S FIRST MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS**<br><br>**[JUDGE JEAN P. ROSENBLUTH]** |

Having considered Defendant UMG Recordings, Inc. ("UMG")'s First Motion to Compel Discovery from Plaintiffs, and the papers submitted in support thereof and in opposition thereto, the Court hereby **GRANTS** UMG's Motion to Compel. By March 26, 2020, Plaintiffs shall produce all documents responsive to UMG's Requests for Production Nos. 1, 2, 3, 4, 7, 9, 10, 11, 13, and 19.

IT IS SO ORDERED.

Dated:

---

Hon. Jean P. Rosenbluth
United States Magistrate Judge