Howard E. King (77012)
hking@khpslaw.com
Henry D. Gradstein (89747)
hgradstein@khpslaw.com
John G. Snow (280790)
jsnow@khpslaw.com
Andres Monserrate (324991)
amonserrate@khpslaw.com
**KING, HOLMES, PATERNO & SORIANO, LLP**
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone: (310) 282-8989

Edwin F. McPherson (106084)
emcpherson@mcpherson-llp.com
Pierre B. Pine (211299)
ppine@mcpherson-llp.com
**MCPHERSON LLP**
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 553-8833

Attorneys for Plaintiff
(Additional Counsel for Plaintiff Listed on Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANE PETTY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UMG RECORDINGS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:19-cv-05449-JAK-JPR<br><br>**PLAINTIFF'S APPLICATION FOR PERMISSION TO SEAL RE: SECOND AMENDED COMPLAINT**<br><br>Fact Discovery Cutoff: Sept. 14, 2020<br>Pretrial Conference:   TBD<br>Trial Date:   TBD<br><br>**Hearing:**<br>Date:   TBD<br>Time:   TBD<br>Place:   Courtroom 10B<br>   First Street Courthouse<br>   350 W. First Street<br>   Los Angeles, CA 90012<br>Judge:   Hon. John A. Kronstadt |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Jane Petty, by and through her counsel of record, applies pursuant to Local Civil Rule 79-5.2.2, to file under seal certain portions of her Second Amended Complaint filing containing information designed as Confidential or Highly Confidential by Defendant UMG Recordings, Inc. ("UMG").

As required under the applicable Local Rules, this Application is supported by the separately-filed Sealed Declaration of Mark Hatch-Miller, which among other things details which portions of the Second Amended Complaint filing contain UMG-designated confidential information, and which portions of the filing do not, as well as the specific reasons why Plaintiff opposes sealing. The Sealed Declaration also attaches the Second Amended Complaint and the exhibits thereto, which are not yet being filed publicly due to UMG's request. A proposed order granting the sealing application is being submitted herewith, even though Plaintiff opposes UMG's sealing request.

As also required under the applicable Local Rules, UMG must within 4 days of this filing file a declaration establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard. If UMG maintains that only part of the designated material is sealable, UMG must file with its declaration a copy of the relevant material with proposed redactions highlighted. The declaration and, if applicable, the document highlighting proposed redactions will be closed to public inspection. Failure to file a declaration or other required document may be deemed sufficient grounds for denying the Application.

Dated: April 27, 2020

By: _/s/ Mark H. Hatch-Miller_

Howard E. King
Henry D. Gradstein
John G. Snow
Andres Monserrate
KING, HOLMES, PATERNO &
SORIANO, LLP

Edwin F. McPherson
Pierre B. Pine
McPHERSON LLP

Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Kalpana D. Srinivasan (237460)
ksrinivasan@susmangodfrey.com
Meng Xi (280099)
mxi@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Stephen E. Morrissey (187865)
smorrissey@susmangodfrey.com
SUSMAN GODFREY LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7380

Mark H. Hatch-Miller (*pro hac vice*)
mhatchmiller@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of April 2020, I have caused this document and the accompanying proposed order to be served on all parties and counsel of record via ECF.

          /s/    *Mark Hatch-Miller*
               Mark Hatch-Miller